JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Alexander Long ; | Cerner Corporation d/b/a Oracle Health ; |
| 2 Citizen of Another State; Florida | 4 Incorporated or Principal Place of Business in This State; |
| **County of Residence:** Outside This District | **County of Residence:** Outside This District |
| | |
| Additional Plaintiff(s): | Additional Defendants(s): |
| Jessica Upthegrove ; | Jupiter Medical Center, Inc. ; |
| 2 Citizen of Another State; Florida | 5 Incorporated and Principal Place of Business in Another State; |

**County Where Claim For Relief Arose:** Jackson County

| **Plaintiff's Attorney(s):** | **Defendant's Attorney(s):** |
|---|---|
| Norman E. Siegel (Alexander Long) | |
| Stueve Siegel Hanson LLP | |
| 460 Nichols Rd., Ste. 200 | |
| Kansas City, Missouri 64112 | |
| **Phone:** 816-714-7100 | |
| **Fax:** 816-714-7101 | |
| **Email:** siegel@stuevesiegel.com | |
| | |
| Barrett J. Vahle (Jessica Upthegrove) | |
| Stueve Siegel Hanson LLP | |
| 460 Nichols Rd., Ste. 200 | |
| Kansas City, Missouri 64112 | |
| **Phone:** 816-714-7100 | |
| **Fax:** 816-714-7101 | |
| **Email:** vahle@stuevesiegel.com | |

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** 2 Citizen of Another State

    **Defendant:** 4 Incorporated or Principal Place of Business in This State

**Origin:** 1. Original Proceeding

Case 4:26-cv-00205-BP    Document 1-2    Filed 03/12/26    Page 1 of 2

**Nature of Suit:** 380 Personal Property Damage

**Cause of Action:** 28 U.S.C. § 1332(d)(2) Class Action Fairness Ac

**Requested in Complaint**

**Class Action:**  Class Action Under FRCP23

**Monetary Demand (in Thousands):**  5000000+

**Jury Demand:**  Yes

**Related Cases:**  RELATED to case number 4:25-cv-00259, assigned to Judge Phillips

---

**Signature:** /s/ Barrett J. Vahle

**Date:**  03/12/2026

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.

Case 4:26-cv-00205-BP     Document 1-2     Filed 03/12/26     Page 2 of 2